William M. Fischbach (SBN 019769)
Amy D. Sells (SBN 024157)
Gianni Pattas (SBN 030999)
Marcos A. Tapia (SBN 032746)

**TB TIFFANY & BOSCO** P.A.

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email:  wmf@tblaw.com; ads@tblaw.com; gp@tblaw.com; mat@tblaw.com

*Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>          Plaintiff,<br>     vs.<br><br>Augmented Knowledge; Dr. Kevin Geun Sik Jo; Inha University; Bernard Moon; The SparkLabs Group,<br><br>          Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

**TO:   THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, ARIZONA**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and LRCiv 3.6, Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC (collectively "Defendants") remove the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Maricopa, entitled *Carl A. Westcott v. Augmented Knowledge, et al.*, Case No. CV2020-004633 (the "State Court Action"), to this Court.  In support of removal, Defendants state as follows:

1. Plaintiff, a *pro per* litigant, filed the State Court Action on April 14, 2020, asserting claims for unpaid employee expenses, breach of the covenant of good faith and fair dealing, promissory fraud, promissory estoppel, and negligent misrepresentation. Plaintiff also seeks an award of exemplary (i.e., punitive) damages.

2. Plaintiff is a citizen of Arizona.

3. Defendant Bernard Moon is a citizen of California.

4. Defendant SparkLabs Group Management, LLC is a Delaware limited liability company with its principal place of business in Palo Alto, California. Defendant Bernard Moon is the sole member of Defendant SparkLabs Group Management, LLC.

5. Defendant Dr. Kevin Geun Sik Jo is a citizen of the Republic of Korea.

6. Defendants Augmented Knowledge and Inha University are private corporations formed under the laws of the Republic of Korea and with their principal places of business in the Republic of Korea.

7. The amount in controversy exceeds $75,000.00 because Plaintiff seeks, among other things, $10,000 in unreimbursed expenses and several months of unpaid CEO compensation since April 2019 ranging from $20,000 to $30,000 per month.

8. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332.

9. Plaintiff served Defendant Bernard Moon in California on April 19, 2020.

10. To date, Plaintiff has not served any other Defendants.

11. Under 28 U.S.C. § 1446(b)(2)(A), all properly joined and served Defendants consent to this removal.

12. No further proceedings have occurred in the State Court Action.

13. There are no pending motions in the State Court Action.

14. This Notice is timely filed with this Court within 30 days after service on Defendant Bernard Moon.

15. By removing this case to this Court, Defendants do not waive any defenses or objections, and do not waive personal jurisdiction in the State of Arizona. *See Webb v. Sitzes*, 82 F.3d 424 (9th Cir. 1996).

16. Under 28 U.S.C. § 1446(a) and LRCiv 3.6, true and complete copies of all process, pleadings, and orders served upon Defendants are attached to this Notice as **Exhibit A**, and the most recent version of the docket from the State Court Action is attached as **Exhibit B**.

17. Under 28 U.S.C. § 1446 and LRCiv 3.6(a), Defendants are concurrently giving written notice of the removal of the State Court Action to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Maricopa County Superior Court, a copy of which is attached to this Notice as **Exhibit C**.

WHEREFORE, Defendants hereby remove the State Court Action to this Court, and as such, no further proceedings shall be had in the Superior Court of the State of Arizona in and for the County of Maricopa.

**DATED** this 18th day of May, 2020.

TB TIFFANY & BOSCO
P.A.

By: */s/ William M. Fischbach*
William M. Fischbach
Amy D. Sells
Gianni Pattas
Marcos A. Tapia
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC***

The foregoing has been e-filed this 18th day of May, 2020.

**COPY** of the foregoing mailed and e-mailed this 18th day of May, 2020 to:

Carl A. Westcott
7707 E. McDowell #214
Scottsdale, Arizona 85257
carlwescott2020@gmail.com

*Plaintiff Pro Per*

By: */s/ Jessica Cebalt*