# EXHIBIT B

Select Language ▼
Powered by Google **Translate**



# Civil Court Case Information - Case History

## Case Information
Case Number: CV2020-004633 Judge: Kemp, Michael
File Date: 4/14/2020 Location: Downtown
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Carl A Wescott | Plaintiff | Unknown | Pro Per |
| Augmented Knowledge | Defendant | | Pro Per |
| Kevin Geun Sik Jo | Defendant | Unknown | Pro Per |
| I N H A University | Defendant | | Pro Per |
| Bernard Moon | Defendant | Unknown | Pro Per |
| Sparklabs Group, The | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/11/2020 | UPI - Updated Information Address and/or Name | 5/12/2020 | Plaintiff(1) |
| 4/14/2020 | COM - Complaint | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | CSH - Coversheet | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | CCN - Cert Arbitration - Not Subject | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | NJT - Not Demand For Jury Trials | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | ADW - Application Deferral/Waiver | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | ODF - Order Deferring Court Fees | 4/15/2020 | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**