# EXHIBIT C

1  William M. Fischbach (SBN 019769)
   Amy D. Sells (SBN 024157)
2  Gianni Pattas (SBN 030999)
3  Marcos A. Tapia (SBN 032746)

   **TB TIFFANY & BOSCO**
   P.A.
4  Seventh Floor Camelback Esplanade II
5  2525 East Camelback Road
   Phoenix, Arizona 85016-4237
6  Telephone: (602) 255-6000
   Facsimile:  (602) 255-0103
7  Email:  wmf@tblaw.com; ads@tblaw.com; gp@tblaw.com; mat@tblaw.com

   ***Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard***
8  ***Moon, and SparkLabs Group Management, LLC***

9           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10                **IN AND FOR THE COUNTY OF MARICOPA**

| Carl A. Wescott, | No. CV2020-004633 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| Augmented Knowledge; Dr. Kevin Geun Sik Jo; Inha University; Bernard Moon; The SparkLabs Group, | (Honorable Michael Kemp) |
| Defendants. | |

TO:   THE CLERK OF THE MARICOPA COUNTY SUPERIOR COURT AND PLAINTIFF AND HER COUNSEL OF RECORD

   PLEASE TAKE NOTICE that on May 18, 2020, a Notice of Removal removing this action from this Court to the United States District Court for the District of Arizona, Phoenix Division, was filed with the Clerk of that Court by Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC.   A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1**.

   In accordance with 28 U.S.C. § 1446(d), this Court shall proceed no further with this action.

//

**DATED** this 18th day of May, 2020.

TIFFANY & BOSCO
P.A.

By: */s/ William M. Fischbach*
William M. Fischbach
Amy D. Sells
Gianni Pattas
Marcos A. Tapia
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC***

The foregoing has been e-filed this 18th day of May, 2020.

**COPY** of the foregoing mailed and e-mailed this 18th day of May, 2020 to:

The Honorable Michael Kemp
Maricopa County Superior Court
East Court Building
101 W. Jefferson,
Phoenix, AZ 85003

Carl A. Westcott
7707 E. McDowell #214
Scottsdale, Arizona 85257
carlwescott2020@gmail.com
*Plaintiff Pro Per*

By: */s/ Jessica Cebalt*