# DECLARATION OF BERNARD MOON

I, Bernard Moon, declare as follows:

1. I am over 18 years of age and am competent to make the statements contained in this declaration. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge.

2. I am the sole member of SparkLabs Group Management, LLC ("SparkLabs Group").

3. SparkLabs Group is a Delaware limited liability company with its principal place of business in Palo Alto, California.

4. I declare under penalty of perjury, under the laws of the United States and the State of Arizona that the foregoing is true and correct.

EXECUTED on May 26, 2020.

_____
Bernard Moon