## DECLARATION OF DR. KEVIN GEUN SIK JO

I, Dr. Kevin Geun Sik Jo, declare as follows:

1. I am over 18 years of age and am competent to make the statements contained in this declaration. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge.

2. I am the Chief Executive Officer and founder of Augmented Knowledge.

3. Augmented Knowledge is a private corporation formed under the laws of the Republic of Korea and with its principal place of business in the Republic of Korea

4. I declare under penalty of perjury, under the laws of the United States and the State of Arizona that the foregoing is true and correct.

EXECUTED on May 26, 2020.

_____
Dr. Kevin Geun Sik Jo