

Select Language          ▼

Powered by Google Translate

# Civil Court Case History

---

<< return for new search

| Case Number | Party / Business Name |
| --- | --- |
| CV2019-009017 | Wescott, Carl - DOB: N/A |
| CV2019-009111 | Wescott, Carl - DOB: N/A |
| CV2019-009112 | Wescott, Carl - DOB: N/A |
| CV2020-004268 | Wescott, Carl - DOB: N/A |
| CV2020-004269 | Wescott, Carl - DOB: N/A |
| CV2020-004392 | Wescott, Carl - DOB: N/A |
| CV2020-004393 | Wescott, Carl - DOB: N/A |
| CV2020-004394 | Wescott, Carl - DOB: N/A |
| CV2020-004453 | Wescott, Carl - DOB: N/A |
| CV2020-004454 | Wescott, Carl - DOB: N/A |
| CV2020-004627 | Wescott, Carl - DOB: N/A |
| CV2020-004633 | Wescott, Carl - DOB: N/A |
| CV2020-005200 | Wescott, Carl - DOB: N/A |
| CV2020-005370 | Wescott, Carl - DOB: N/A |
| CV2020-005397 | Wescott, Carl - DOB: N/A |
| CV2020-005398 | Wescott, Carl - DOB: N/A |
| CV2020-005622 | Wescott, Carl - DOB: N/A |

Case 2:20-cv-00965-GMS   Document 16-4   Filed 05/26/20   Page 2 of 2