# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott, | No. CV-20-00965-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Augmented Knowledge, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. 16). LRCiv 12.1(b) and 56.1(d) provides that a party opposing a motion to dismiss for lack of jurisdiction "may, unless otherwise ordered by the Court, have thirty (30) days after service within which to serve and file a responsive memorandum in opposition." On July 7, 2020 the Court entered an Order (Doc. 18) giving Plaintiff an additional 14 days in which to respond, to and including July 21, 2020.

As of the date of this Order, however, Plaintiff has neither timely filed a responsive memorandum, nor has he sought an extension of time to do so. Petitioner's failure "may be deemed consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i). In light of Plaintiff not having responded and/or moved for an extension of time the Court will grant the motion.

**IT IS THEREFORE ORDERED** granting the Motion to Dismiss for Lack of Jurisdiction (Doc. 8) and directing the Clerk of Court to enter judgment accordingly.

Dated this 3rd day of August, 2020.



G. Murray Snow
Chief United States District Judge