EXHIBIT A

William M. Fischbach (SBN 019769)
Amy D. Sells (SBN 024157)
Gianni Pattas (SBN 030999)
Marcos A. Tapia (SBN 032746)

**TB TIFFANY & BOSCO**
P.A.

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email:  wmf@tblaw.com; ads@tblaw.com; gp@tblaw.com; mat@tblaw.com
*Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carl A. Wescott,<br><br>        Plaintiff,<br>   vs.<br><br>Augmented Knowledge; Dr. Kevin Geun Sik Jo; Inha University; Bernard Moon; The SparkLabs Group,<br><br>        Defendants. | No. 2:20-cv-00965-GMS<br><br>**AFFIDAVIT OF WILLIAM M. FISCHBACH**<br><br>(Hon. G. Murray Snow) |

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa   )

   William M. Fischbach, being first duly sworn upon his oath, deposes and states:

   1.   I am an attorney with the law firm of Tiffany & Bosco, P.A., and I have been admitted to practice law in the state of Arizona since 1999.

   2.   I am the attorney of record for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC (collectively "Defendants"), and I submit this Affidavit in support of Defendants'

*Application for Attorneys' fees and Costs* in the above-captioned matter. Attached hereto as **Exhibit 1** is the Matter Ledger Report plus Work in Progress summarizing all time recorded by the professionals at Tiffany & Bosco, P.A., on behalf of our clients in this litigation.  This summary contains the name of the professionals working on the litigation, the amount of time expended measured in tenths of an hour, a brief description of the work performed on a daily basis, and the charges for the work performed.  Any privileged material has been redacted.

3. Tiffany & Bosco's agreement with Defendants concerning attorneys' fees and litigation-related expenses is that it billed for all attorneys' fees, out-of-pocket costs, and expenses as they were incurred.  Attorneys' fees were billed on an hourly rate basis.  The rates charged depended on the particular attorney performing the work.

4. The billing rate for William M. Fischbach is $415.00 per hour.  Under Tiffany & Bosco's agreement with our client, the rates charged by Mr. Fischbach for the time expended in this litigation are comparable to the rates charged by other lawyers in the community with similar experience and education.

5. Under Tiffany & Bosco's agreement with Defendants, the billing rate for paralegal Jessica Cebalt is $150.00 per hour.

6. Under Tiffany & Bosco's agreement with Defendants, the billing rate for paralegal Megan Bowen is $165.00 per hour.

7. The attached billing summaries are based upon individual time sheets maintained by the professionals at Tiffany & Bosco on a daily basis.  More specifically, the lawyers and paralegals fill out time sheets as the work is performed; the time sheets are then typed on to the computer forms and submitted to the firm's accounting department.  The information is then entered into a computer system where the data is stored.  Thereafter, bills are rendered to the clients on a monthly basis, reflecting the work performed the charges, and the costs.  The clients send their remittances to Tiffany & Bosco in response to the statements and invoices mailed.  These practices and

9

procedures are standard to the law firm of Tiffany & Bosco and are within its normal business operations.

8. Defendants incurred $450.00 in taxable costs in this matter.

9. Defendants incurred $7,931.00 in attorneys' fees in this matter.

10. After reviewing the time sheets and evaluating the efforts necessary to conduct this litigation, I believe these amounts to be reasonable and appropriate and, therefore, I request on behalf of Defendants that these amounts be awarded.

FURTHER AFFIANT SAYETH NAUGHT

By: _____
William M. Fischbach

SUBSCRIBED AND SWORN to me this 17th day of August, 2020.

_____
Notary Public

# EXHIBIT 1

# Matter Ledger Report
### 1/1/1970 to 8/17/2020

| | Code | Name | | | | | Init Atty | WMF | William M. Fischbach |
|---|---|---|---|---|---|---|---|---|---|
| Client | 25652 | The Sparklabs Group | | | | | Bill Atty | WMF | William M. Fischbach |
| Matter | 002 | Defense in CV2020-004633 | | | | | Resp Atty | WMF | William M. Fischbach |

## Unbilled Time

| Code | Name | Date | Code | Hours (To Be Billed) | $ Value (To Be Billed) | Task | Ref # | Text |
|---|---|---|---|---|---|---|---|---|
| | Billable | | | 0.00 | 0.00 | | | |
| | Non-Billable | | | 0.00 | 0.00 | | | **Matter** |
| | Suppressable | | | 0.00 | 0.00 | | | Hours    Value |
| | **Total Unbilled Time** | | | **0.00** | **0.00** | Total | | 0.00    0.00 |

## Unbilled Expenses

| Code | Description | Date | Ck # | Ck Date | $ Value (To Be Billed) | Ref # | Text |
|---|---|---|---|---|---|---|---|
| | Advanced | | | | 0.00 | | |
| | Non-Cash | | | | 0.00 | | **Matter Value** |
| | **Total Unbilled Expenses** | | | | **0.00** | Total | **0.00** |

## Bills

| Number | Date | Total | Fees | Expenses | Balance Due Total | Balance Due Fees | Balance Due Expenses |
|---|---|---|---|---|---|---|---|
| 1099700 | 06/11/20 | 6,480.00 | 6,030.00 | 450.00 | | | |
| 1100930 | 07/10/20 | 395.50 | 395.50 | | 395.50 | 395.50 | |
| 1102788 | 08/13/20 | 414.00 | 414.00 | | 414.00 | 414.00 | |
| **Total Bills** | | **7,289.50** | **6,839.50** | **450.00** | **809.50** | **809.50** | **0.00** |

## Billed Time

| Code | Name | Date | Code | Hours | $ Value | Task | Ref # | Text |
|---|---|---|---|---|---|---|---|---|
| WMF | William M. Fischbach | 05/13/20 | B | 0.20 | 83.00 | | 4M25702 | Communications with co-counsel regarding removal and defense strategies (split) |
| WMF | William M. Fischbach | 05/14/20 | B | 0.40 | 166.00 | | 4M30122 | Strategy meeting with co-counsel (split) |
| JC | Jessica M. Cebalt | 05/15/20 | B | 1.00 | 150.00 | | 4M31687 | Draft notices of removal for superior and federal court (.9); download client documents (.1). |
| JC | Jessica M. Cebalt | 05/18/20 | B | 1.20 | 180.00 | | 4M38258 | Draft supplemental civil cover sheet (.3); Revised, finalized, and processed notices of removal (State & Federal) for e-filing (.8); Correspondence to Plaintiff (.1). |
| WMF | William M. Fischbach | 05/18/20 | B | 3.50 | 1,452.50 | | 4M38288 | Review and analysis of pleadings and state court file (.5); research cases regarding amount in controversy (1.2) (split); research treatment of foreign citizens under 28 USC 1332 (.4) (split); Communications with client and co-counsel regarding citizenship of Sparklabs group (.1) (split); (Review and analysis of SparkLabs Group corporate documentation (.1) (split); supplement, review, revise, edit, finalize federal notice of removal (1.0); supplement, review, revise, edit, finalize state notice of removal (.2) |
| WMF | William M. Fischbach | 05/18/20 | B | 0.10 | 41.50 | | 4M40018 | Communications with Mr. Wescott regarding our appearance and directing all communication through counsel (split) |
| JC | Jessica M. Cebalt | 05/19/20 | B | 1.60 | 240.00 | | 4M41033 | Revised, finalized, and processed Supplement to Notice of Removal for e-filing (.4); Draft civil cover sheet (.5); download and review filed documents (.4); finalize and process civil cover sheet for e-filing (.3). |
| WMF | William M. Fischbach | 05/19/20 | B | 0.80 | 332.00 | | 4M41942 | Review and analysis of initial disclosure statement and prepare supplement to notice of removal (,7); Review and revise cover sheet (.1) |
| WMF | William M. Fischbach | 05/19/20 | B | 0.60 | 249.00 | | 4M42488 | Research whether state court discovery must be answered after removal (.4) (split); draft discovery objection to Mr. Wescott (.2) (split) |
| JC | Jessica M. Cebalt | 05/19/20 | B | 0.60 | 90.00 | | 4M90959 | Prepare supplements to notices of removal (split) |

# Matter Ledger Report
1/1/1970 to 8/17/2020

| | Code | Name | | | | Init Atty | WMF | William M. Fischbach |
|---|---|---|---|---|---|---|---|---|
| Client | 25652 | The Sparklabs Group | | | | Bill Atty | WMF | William M. Fischbach |
| Matter | 002 | Defense in CV2020-004633 | | | | Resp Atty | WMF | William M. Fischbach |

### Billed Time Continued

| Code | Name | Date | Code | Hours | $ Value | Task | Ref # | Text |
|---|---|---|---|---|---|---|---|---|
| JC | Jessica M. Cebalt | 05/20/20 | B | 0.70 | 105.00 | | 4M46019 | Draft corporate disclosure statement (.5); update civil cover sheet (.2). |
| JC | Jessica M. Cebalt | 05/20/20 | B | 0.30 | 45.00 | | 4M48125 | Complete consent to exercise of jurisdiction forms (split). |
| JC | Jessica M. Cebalt | 05/21/20 | B | 0.20 | 30.00 | | 4M50111 | Communications with assistant Villareal re Consent to Exercise of Jurisdiction (split). |
| JC | Jessica M. Cebalt | 05/21/20 | B | 0.40 | 60.00 | | 4M50479 | Revised, finalized, and processed consent to exercise magistrate jurisdiction for e-filing (.3); Communications with W. Fischbach re same (.1). (split) |
| WMF | William M. Fischbach | 05/21/20 | B | 0.10 | 41.50 | | 4M51907 | Review and revise corporate disclosure statement |
| JC | Jessica M. Cebalt | 05/22/20 | B | 1.00 | 150.00 | | 4M53152 | Draft corporate disclosure statement for Augmented Knowledge (.2); revised, finalized, and processed corporate disclosure statements for e-filing (.6); correspondence to Plaintiff and co-counsel (.2). |
| WMF | William M. Fischbach | 05/25/20 | B | 4.60 | 1,909.00 | | 4M59119 | Conduct research (1.8) (split); prepare declarations (.2) (split); motions to dismiss (2.6) |
| WMF | William M. Fischbach | 05/26/20 | B | 1.10 | 456.50 | | 4M59124 | Edit and finalize motions to dismiss (1.1) (split) |
| WMF | William M. Fischbach | 05/28/20 | B | 0.60 | 249.00 | | 4MA1205 | Prepare supplements to notices of removal (split). |
| WMF | William M. Fischbach | 06/30/20 | B | 0.40 | 166.00 | | 4MH3909 | Review and analysis of Wescott's filings in state court after removal, advise client regarding same (.2) (split); check to see if Wescott has responded to the motion to dismiss and confer with paralegal Jessica Cebalt on filiing notices of non-response (.2) (split) |
| JC | Jessica M. Cebalt | 06/30/20 | B | 0.70 | 105.00 | | 4MH4922 | Draft notice of non-response to motion to dismiss for lack of personal jurisdiction (split between two matters) (.5); download and review Superior Court filings (split between 2 matters) (.2). |
| WMF | William M. Fischbach | 06/30/20 | B | 0.30 | 124.50 | | 4MH6107 | Update co-counsel regarding case status and procedure (.2) (split); Communications with Wescott regarding his failure to serve documents properly (.1) (split) |
| JC | Jessica M. Cebalt | 07/01/20 | B | 0.70 | 105.00 | | 4MH8748 | Draft amended notice of service to motion to dismiss (.3); revised, finalized, and processed amended notice of service for e-filing (.3); transit notice to Plaintiff (.1). |
| WMF | William M. Fischbach | 07/01/20 | B | 0.20 | 83.00 | | 4MH8998 | Review and revise amended certificates of service (split) |
| JC | Jessica M. Cebalt | 07/07/20 | B | 0.20 | 30.00 | | 4MJ0247 | Download and review Order [Doc 18], and calendar deadline for Plaintiff to file a response to motion to dismiss. |
| WMF | William M. Fischbach | 07/07/20 | B | 0.20 | 83.00 | | 4MJ0599 | Review and analysis of order giving Wescott response deadline (.1), advise client regarding same (.1) |
| WMF | William M. Fischbach | 07/14/20 | B | 0.10 | 41.50 | | 4ML6601 | Communications with counsel in separate Wescott case regarding having him declared vexatious litigant in Arizona (split) |
| WMF | William M. Fischbach | 07/21/20 | B | 0.10 | 41.50 | | 4MO5585 | Check status of state court action to see if Wescott has made further filings<br>Check status of state court action to see if Wescott has made further filings |
| JC | Jessica M. Cebalt | 07/22/20 | B | 0.20 | 30.00 | | 4MO7860 | Download and review [Doc 19] mail returned as undeliverable. |
| | Billable | | | 22.10 | 6,839.50 | | | |
| | Non-Billable | | | 0.00 | 0.00 | | | |
| | Suppressable | | | 0.00 | 0.00 | | | |
| | **Total Billed Time** | | | **22.10** | **6,839.50** | | | |

### Billed Expenses

| Code | Description | Date | Check # | Ck. Date | $ Value | Ref # | Text |
|---|---|---|---|---|---|---|---|
| 95 | Misc. Cost | 05/18/20 | 106967 | 5/19/2020 | 50.00 | 4M38344 | Document Retrieval of CV2020004633 on 05/15/2020 |
| 71 | Filing Fee | 05/28/20 | 107109 | 5/29/2020 | 400.00 | 4M59302 | AZD- PayGov - Filing Fee, 5/18/20 |
| | Advanced | | | | 450.00 | | |
| | Non-Cash | | | | 0.00 | | |
| | **Total Billed Expenses** | | | | **450.00** | | |

# Matter Ledger Report

1/1/1970 to 8/17/2020

| | Code | Name | | | | Init Atty | WMF | William M. Fischbach |
|---|---|---|---|---|---|---|---|---|
| Client | 25652 | The Sparklabs Group | | | | Bill Atty | WMF | William M. Fischbach |
| Matter | 002 | Defense in CV2020-004633 | | | | Resp Atty | WMF | William M. Fischbach |

## Matter Ledger Summary

| | Total | Current | 31-60 | 61-90 | Over 90 | Trust Balance | Prepaid Balance | Matter Value of WIP Carried Forward | |
|---|---|---|---|---|---|---|---|---|---|
| WIP: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Fees | 0.00 |
| A/R: | 809.50 | 414.00 | 395.50 | 0.00 | 0.00 | | | Costs | 0.00 |
| | | | | | | | | Total | 0.00 |

End of Report

| Client Code | Matter Code | Bill Atty Code | Atty Code | Date | Hours | Value | Billable | Description |
|---|---|---|---|---|---|---|---|---|
| 25652 | 002 | JC | JC | 08/03/2020 | 0.20 | $ 30.00 | True | Download and review minute order [Doc 20] re Inha University terminated. |
| 25652 | 002 | WMF | WMF | 08/03/2020 | 0.20 | $ 83.00 | True | Review and analysis of order on motion to dismiss, update client regarding same |
| 25652 | 002 | MNB | MNB | 08/03/2020 | 0.40 | $ 66.00 | True | Begin drafting packet application for attorney's fees and costs. |
| 25652 | 002 | WMF | WMF | 08/16/2020 | 2.00 | $ 830.00 | True | Supplement and finalize fee application |
| 25652 | 002 | MNB | MNB | 08/14/2020 | 0.50 | $ 82.50 | True | Continue drafting fee application and supporting documents. |
| | | | | TOTAL | | $ 1,091.50 | | |