# EXHIBIT B

William M. Fischbach (SBN 019769)
Amy D. Sells (SBN 024157)
Gianni Pattas (SBN 030999)
Marcos A. Tapia (SBN 032746)

**TB** **TIFFANY & BOSCO**
P.A.

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email:  wmf@tblaw.com; ads@tblaw.com; gp@tblaw.com; mat@tblaw.com

*Attorneys for Defendants Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Augmented Knowledge; Dr. Kevin Geun Sik Jo; Inha University; Bernard Moon; The SparkLabs Group,<br><br>                    Defendants. | No. 2:20-cv-00965-GMS<br><br><br>**STATEMENT OF TAXABLE COSTS**<br><br><br>(Hon. G. Murray Snow) |

STATE OF ARIZONA        )
                                            ) ss.
County of Maricopa        )

William M. Fischbach, being first duly sworn upon his oath, deposes and states:

1.      I am the attorney for the Defendants, Augmented Knowledge, Dr. Kevin Geun Sik Jo, Bernard Moon, and SparkLabs Group Management, LLC (collectively "Defendants").

2.      I am competent to testify to the matters stated in this Affidavit.

3.      I have personal knowledge that the following costs have been incurred and expended by Defendants in this action:

| AZD-PayGov Filing Fee | $400.00 |
|---|---|
| Document Retrieval of CV2020-004633 from Superior Court | $50.00 |
| **TOTAL** | $450.00 |

I have read the foregoing document and know of my own knowledge that the facts stated herein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

By: _____
William M. Fischbach

SUBSCRIBED AND SWORN to me this 17 day of August, 2020.

_____
Notary Public



12