# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Wescott, | NO. CV-20-00965-PHX-GMS |
| Plaintiff, | JUDGMENT ON ATTORNEY FEES AND COSTS |
| v. | |
| Augmented Knowledge, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 4, 2021, judgment is entered in favor of defendants and against plaintiff in the amount of $7,931.00, plus taxable costs in the amount of $450.00, with post judgment interest to accrue at the rate of 1.08% per annum from the date of this Judgment until paid in full.

Debra D. Lucas
District Court Executive/Clerk of Court

March 4, 2021

By   s/ Rebecca Kobza
     Deputy Clerk