Case: 2:20-cv-00965-GMS

Carl A Wescott
7017 E McDowell Rd. #214
Scottsdale, AZ 85257

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

     MAR 1 5 2021

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Docs 26, 27

---

\_ERK, UNITED STATES DISTRICT COURT
?A DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
MAR 1 5 2021
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NEOPOST    FIRST-CLASS MAIL
03/05/2021
US POSTAGE $001.20⁰

ZIP 85003
041M11297591

NIXIE    850    FE 1    0003/10/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85003213099    *1179-04583-05-37